1  JAMES R. ROSEN (SBN: 119438)
   JROSEN@ROSENSABA.COM
2  ELIZABETH L. BRADLEY (SBN: 172272)
   EBRADLEY@ROSENSABA.COM
3  ROSEN SABA LLP
   9350 Wilshire Blvd. Suite 250
4  Beverly Hills, CA 90212
   Telephone: (310) 285-1727
5  Facsimile: (310) 285-1728

6  Attorneys for Plaintiffs
   CAMINO BELL
7
   MICHAEL D. BRUNO (SBN: 166805)
8  MBRUNO@GORDONREES.COM
   HIEU TRAN (SBN: 280585)
9  HTRAN@GORDONREES.COM
   GORDON REES SCULLY MANSUKHANI LLP
10 275 Battery Street, Suite 2000
   San Francisco, CA 94111
11 Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
12
   Attorneys for Defendant
13 JOHN MUIR HEALTH, ANGELA PERCIVAL and
   SARA MONAHAN
14

15            **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17

18 CAMINO BELL, an individual,          )  CASE NO. 15-CV-04564 - RS
                                        )
19                    Plaintiff,        )
                                        )  **STIPULATION AND [PROPOSED]**
20        vs.                           )  **ORDER REGARDING CONTINUANCE**
                                        )  **OF FACT DISCOVERY DEADLINE TO**
21 JOHN MUIR HEALTH, a California       )  **DECEMBER 5, 2016 AND EXPERT**
   corporation, JOHN MUIR MEDICAL      )  **DISCOVERY DEADLINE TO**
22 CENTER, an unknown business entity, and )  **JANUARY 13, 2017**
   DOES 1-20, et al                     )
23                                       )
                                         )
24                    Defendants.        )  Hon. Judge Richard Seeborg
                                         )
25 _____ )  Complaint Filed: October 2, 2015

26        ///

27        ///

28
                                1

**STIPULATION**

Pursuant to the Case Management Conference held on September 1, 2016, and the Civil Local Rule 7-12, the Plaintiff Camino Bell and Defendants John Muir Health, Angela Percival, and Sara Monahan (hereafter collectively referred to as "the Parties"), through their attorneys of record, hereby jointly stipulate and request a continuance of the current fact discovery deadline of November 4, 2016 to December 5, 2016, and the current deadline to disclose expert disclosures of December 16, 2016 to January 13, 2017 based on the good cause set forth below.

Plaintiff's Complaint was filed on October 2, 2015 in the above-entitled court. A case management conference was held on September 1, 2016. See Docket #1. The case was referred to Magistrate Judge Joseph C. Spero for settlement purposes. See Docket #27. A Settlement Conference is scheduled for November 3, 2016. See Docket #28. The discovery cut-off deadline in the case is November 4, 2016. See Docket #21. The current deadline to exchange expert disclosures in the case is December 16, 2016. See Docket #21. The trial date for this action is presently set for May 8, 2017. See Docket #21.

The parties believe that a brief continuance of the discovery deadlines will allow the parties to participate meaningfully in settlement negotiations at the upcoming settlement conference scheduled for November 3, 2016, while still allowing time for the parties to complete fact discovery and exchange expert disclosures prior to the proposed deadlines.

///

///

///

///

///

///

///

///

///

2

1   Subject to the approval of this Court, the parties have agreed to continue the fact

2   discovery deadline from November 4, 2016 to December 5, 2016 and the current deadline to

3   exchange expert disclosures be continued from December 16, 2016 to January 13, 2017.  The

4   parties have also agreed to set a deposition schedule in good faith in the event that mediation is

5   unsuccessful.

6

7   Dated:  October 5, 2016          GORDON REES SCULLY MANSUKHANI LLP

8

9                                    By:  ____/S/ *Hieu Tran*_____
                                            MICHAEL D. BRUNO
10                                          HIEU TRAN
                                     Attorneys for Defendants
11                                   JOHN MUIR HEALTH, ANGELA PERCIVAL, SARA
                                     MONAHAN
12

13  Dated:  October 5, 2016          ROSEN SABA LLP

14

15                                   By:  ____/S/ *James R. Rosen*_____
                                            JAMES R. ROSEN
16                                          ELIZABETH L. BRADLEY
                                     Attorneys for Plaintiff
17                                   CAMINO BELL

18

19                              [~~PROPOSED~~] ORDER

20   Having considered the Parties' Joint Stipulation to Continue the Fact Discovery Deadline,

21  as well as the Court's schedule, the Court hereby continues fact discovery deadline to December

22  5, 2016 and the deadline to exchange expert disclosures to January 13, 2017 as requested.

23

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25  Dated:  _10/5/16_____          _____
26                                                RICHARD SEEBORG
                                                  United States District Judge
27

28

3

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FACT DISCOVERY
DEADLINE TO DECEMBER 5, 2016 AND EXPERT DISCOVERY DEADLINE TO
JANUARY 13, 2017 - CASE NO. 15-CV-04564 - RS