JAMES R. ROSEN (SBN: 119438)
JROSEN@ROSENSABA.COM
ELIZABETH L. BRADLEY (SBN: 172272)
EBRADLEY@ROSENSABA.COM
ROSEN SABA LLP
9350 Wilshire Blvd. Suite 250
Beverly Hills, CA 90212
Telephone: (310) 285-1727
Facsimile: (310) 285-1728

Attorneys for Plaintiff
CAMINO BELL

MICHAEL D. BRUNO (SBN: 166805)
MBRUNO@GORDONREES.COM
HIEU TRAN WILLIAMS (SBN: 280585)
HWILLIAMS@GORDONREES.COM
GORDON & REES SCULLY MANSUKHANI LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
JOHN MUIR HEALTH, ANGELA PERCIVAL and
SARA MONAHAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMINO BELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MUIR HEALTH, a California corporation, JOHN MUIR MEDICAL CENTER, an unknown business entity, and DOES 1-20, et al<br><br>Defendants. | CASE NO. 15-CV-04564 - RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Judge Richard Seeborg<br><br>Complaint Filed: October 2, 2015 |

///

///

///

**STIPULATION**

Pursuant to Rule 41 subdivision (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and request that this matter be dismissed with prejudice, with each party to bear her/its own fees and costs.

Undersigned counsel for Defendants JOHN MUIR HEALTH, ANGELA PERCIVAL AND SARA MONAHAN, Hieu Tran Williams, certifies that all electronic signatures below have been duly authorized by signatory counsel per ECF Rule section 2(f)(4).

Dated: December 14, 2016

ROSEN SABA LLP

By: ____/S/ *Elizabeth L. Bradley*___________
JAMES R. ROSEN
ELIZABETH L. BRADLEY
Attorneys for Plaintiff
CAMINO BELL

Dated: December 14, 2016

GORDON & REES SCULLY MANSUKHANI LLP

By: ____/S/ *Hieu Tran Williams*________________
MICHAEL D. BRUNO
HIEU TRAN WILLIAMS
Attorneys for Defendants
JOHN MUIR HEALTH, ANGELA PERCIVAL, AND SARA MONAHAN

**~~[PROPOSED]~~ ORDER**

In accordance with the parties' Stipulation to Dismiss with prejudice filed herein, IT IS HEREBY ORDERED that the captioned matter shall be dismissed in its entirety. The dismissal is with prejudice, and each party is to bear her/its own fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/14/16

Hon. Judge. Richard Seeborg
United States District Judge

1108541/30710921v.1